# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YAN CHANG HUANG,

    Plaintiff,

v.

WELLSFARGO HOME LOANS SERVICING, *et al.*,

    Defendants.

Case No. 2:12-cv-00001-LDG (PAL)

**ORDER**

    The plaintiff, Yan Chang Huang, filed a motion for permanent injunction (#28). The defendants have moved (#32) to strike a supplemental opposition (#29) to an earlier motion to expunge lis pendens, have moved (#33) to strike the motion for permanent injunction, and have moved to dismiss Huang's first amended complaint (#34). The Court notified Huang, who is proceeding pro se, of the requirements to oppose motions, and further notified her that a failure to oppose would constitute consent to the granting of the motions. Huang has not opposed any of the motions filed by the defendants. Accordingly,

    THE COURT **ORDERS** that Defendant's Motion to Strike Supplement (#32) is GRANTED; the Clerk of the Court shall STRIKE Plaintiff's Supplement (#29).

1  THE COURT FURTHER **ORDERS** that Defendant's Motion to Strike Motion for Permanent Injunction (#33) is GRANTED; the Clerk of the Court shall STRIKE Plaintiff's Motion for Permanent Injunction (#28).

THE COURT FURTHER **ORDERS** that Defendant's Motion to Dismiss (#34) is GRANTED.  This matter is DISMISSED without leave to amend.

THE COURT FURTHER **ORDERS** that Defendant's Requests for Decision or in the Alternative Requests for Hearing (## 39, 40) are DENIED as moot.

DATED this ___29___ day of June, 2012.

_____
Lloyd D. George
United States District Judge