1  WRIGHT, FINLAY & ZAK, LLP
   Robin Prema Wright, Esq.
2  Nevada Bar No. 009296
   Donna M. Osborn, Esq.
3  Nevada Bar No. 006527
4  5532 South Fort Apache Road, Suite 110
   Las Vegas, NV 89148
5  (702) 475-7964; Fax: (702) 946-1345
   dosborn@wrightlegal.net
6  *Attorneys for Defendants,*
7  *Wells Fargo Home Loans Servicing, Merscorp, Inc., and Mortgage Electronic Registration Systems, Inc.*

8

9                 **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12  YAN CHANG HUANG                        Case No.:  2:12-cv-00001-LDG-PAL

13              Plaintiff,

14                                          **ORDER GRANTING DEFENDANTS'**
         vs.                                **WELLSFARGO HOME LOANS**
15                                          **SERVICING; MERSCORP, INC., AND**
    WELLSFARGO HOME LOANS SERVICING;        **MORTGAGE ELECTRONIC SYSTEMS,**
16  MERSCORP, INC., a Virginia Corporation; **INC.'S MOTION TO EXPUNGE LIS**
    MORTGAGE ELECTRONIC SYSTEMS, INC.       **PENDENS**
17  a Subsidiary of MERSCORP, Inc., a Delaware
18  Corporation; AND DOES individuals 1 to 100,
    Inclusive; and ROES Corporation 1 to 30,
19  Inclusive, and all other persons and entities
    unknown claiming any right, title, estate, lien or
20  interest in the real property described in the
21  Complaint adverse to Plaintiff's ownership, or
    any cloud upon Plaintiff's title thereto.
22
23              Defendants.

24
    ///
25
    ///
26
    ///
27
    ///
28

1          Defendants, WELLS FARGO HOME LOANS SERVICING, MERSCORP, INC. and

2  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (hereinafter "Defendants"),

3  by and through their attorneys of record, ROBIN PREMA WRIGHT, ESQ. and DONNA M.

4  OSBORN, ESQ. of the law firm of WRIGHT, FINLAY & ZAK, LLP move to Expunge the Lis

5  Pendens (and Notice of Lis Pendens) in this matter as the Complaint on which it is based was

6  dismissed, and Defendants' Motion to Expunge Lis Pendens was granted pursuant to the Order

7  filed on June 29, 2012 (Docket No. 42), the Court being fully advised in the premises, and good

8  cause appearing therefore,

9          **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** the Notice of Pendency

10  of Action or Lis Pendens recorded by the Plaintiff on on January 4, in the Official Records of

11  Clark County, Nevada bearing Document #201201040000276 relating to this action and the

12  real property that is the subject of this action located at 7378 Divine Ridge St. Las Vegas, NV

13  89139, A.P.N. 176-11-113-100, legally described as:

14

15        SOUTHERN VISTA EST UNIT #2 LOT 78, PLAT 58, PAGE 56, BLOCK 4 AND
          BY CERTIFICATE OF RECORD ON 8/02/1999 IN BOOK 19990802 AS INST. NO.

16        00613 ALL IN THE OFFICE OF THE COUNTY RECORDER OF CLARK
          COUNTY NEVADA

17

18        is hereby cancelled, and this cancellation shall have the effect of an expungement of it

    pursuant to NRS 14.015 and it shall have from this day forward have no force or effect.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1    **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to NRS

2    14.015(5), the Plaintiff shall record a copy of this Order (or other appropriate notice)

3    cancelling the Notice of Pendency of Action or Lis Pendens with the Clark County Recorder's

4    Office within five business days of its entry, and if there is a failure to do so, any party may

5    record a copy of this Order.

6

7    DATED this 13 day of July, 2012.

8    _____

9    UNITED STATES DISTRICT JUDGE

10

11   Respectfully Submitted By:

12

13   WRIGHT, FINLAY & ZAK, LLP

14

15   Donna M. Osborn, Esq.
     Nevada Bar No. 6527
16   5532 South Fort Apache Road, Suite 110
     Las Vegas, NV 89148
17   *Attorney for Defendants, Wells Fargo Home Loans Servicing, Merscorp, Inc., and Mortgage*
18   *Electronic Registration Systems, Inc.*

19

20

21

22

23

24

25

26

27

28