WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7964; Fax: (702) 946-1345
dosborn@wrightlegal.net
*Attorneys for Defendants,*
*Wells Fargo Home Loans Servicing, Merscorp, Inc., and Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YAN CHANG HUANG<br><br>Plaintiff,<br><br>vs.<br><br>WELLSFARGO HOME LOANS SERVICING; MERSCORP, INC., a Virginia Corporation; MORTGAGE ELECTRONIC SYSTEMS, INC. a Subsidiary of MERSCORP, Inc., a Delaware Corporation; AND DOES individuals 1 to 100, Inclusive; and ROES Corporation 1 to 30, Inclusive, and all other persons and entities unknown claiming any right, title, estate, lien or interest in the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiff's title thereto.<br><br>Defendants. | Case No.:  2:12-cv-00001-LDG-PAL<br><br>**ORDER GRANTING DEFENDANTS' WELLSFARGO HOME LOANS SERVICING; MERSCORP, INC., AND MORTGAGE ELECTRONIC SYSTEMS, INC.'S MOTION TO EXPUNGE LIS PENDENS** |

///
///
///
///

1  Defendants, WELLS FARGO HOME LOANS SERVICING, MERSCORP, INC. and
2  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (hereinafter "Defendants"),
3  by and through their attorneys of record, ROBIN PREMA WRIGHT, ESQ. and DONNA M.
4  OSBORN, ESQ. of the law firm of WRIGHT, FINLAY & ZAK, LLP move to Expunge the Lis
5  Pendens (and Notice of Lis Pendens) in this matter as the Complaint on which it is based was
6  dismissed, and Defendants' Motion to Expunge Lis Pendens was granted pursuant to the Order
7  filed on June 29, 2012 (Docket No. 42), the Court being fully advised in the premises, and good
8  cause appearing therefore,

9  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** the Notice of Pendency
10 of Action or Lis Pendens recorded by the Plaintiff on on January 4, in the Official Records of
11 Clark County, Nevada bearing Document #201201040000276 relating to this action and the
12 real property that is the subject of this action located at 7378 Divine Ridge St. Las Vegas, NV
13 89139, A.P.N. 176-11-113-100, legally described as:

15 SOUTHERN VISTA EST UNIT #2 LOT 78, PLAT 58, PAGE 56, BLOCK 4 AND
   BY CERTIFICATE OF RECORD ON 8/02/1999 IN BOOK 19990802 AS INST. NO.
16 00613 ALL IN THE OFFICE OF THE COUNTY RECORDER OF CLARK
   COUNTY NEVADA

17 is hereby cancelled, and this cancellation shall have the effect of an expungement of it
18 pursuant to NRS 14.015 and it shall have from this day forward have no force or effect.
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1   **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to NRS
2   14.015(5), the Plaintiff shall record a copy of this Order (or other appropriate notice)
3   cancelling the Notice of Pendency of Action or Lis Pendens with the Clark County Recorder's
4   Office within five business days of its entry, and if there is a failure to do so, any party may
5   record a copy of this Order.

7   DATED this 13 day of July, 2012.

    _____
    UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

WRIGHT, FINLAY & ZAK, LLP

_____
Donna M. Osborn, Esq.
Nevada Bar No. 6527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Defendants, Wells Fargo Home Loans Servicing, Merscorp, Inc., and Mortgage Electronic Registration Systems, Inc.*